UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENISE HODGE,

Plaintiff,

v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

JUDGMENT
24-CV-02619 (EK)

An Order of the Honorable Eric Komitee, United States District Judge, having been filed on July 26, 2024, reversing and remanding the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED that the final decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g); that on remand, the Commissioner will allow plaintiff an opportunity for a new hearing, take further action to complete the administrative record and issue a new decision.

Dated: Brooklyn, New York
July 30, 2024

Brenna B. Mahoney
Clerk of Court

By: *Is/Jalitza Poveda*
Deputy Clerk